UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AVISTA CORPORATION; et al.,<br><br>        Petitioners,<br><br> v.<br><br>BONNEVILLE POWER ADMINISTRATION; DEPARTMENT OF ENERGY,<br><br>        Respondents. | Nos. 09-70265<br>      09-70268<br>      09-70292<br>      09-70313<br>      09-70316<br>      09-70317<br>      09-70640<br><br>BPA No.<br>Bonneville Power Administration<br><br>**ORDER** |

The intervenor brief submitted by Public Power Council on December 15, 2009 is filed.

Within 7 days of this order, intervenor Public Power Council is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk