UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AVISTA CORPORATION; et al.,<br><br>    Petitioners,<br><br> v.<br><br>BONNEVILLE POWER ADMINISTRATION,<br><br>    Respondent. | Nos. 09-70265<br>   09-70268<br>   09-70292<br>   09-70313<br>   09-70316<br>   09-70317<br>   09-70640<br><br>BPA No.<br>Bonneville Power Administration<br><br>**ORDER** |

  The reply brief submitted on January 15, 2010 by petitioner Public Utility District No. 1 of Grays Harbor County, Washington is filed.

  Within 7 days of this order, petitioner Grays Harbor is ordered to file 7 copies of the brief in paper format, with a grey cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk